**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03366-LTB

GARY ROBERT MILLER,

    Plaintiff,

v.

FREMONT COUNTY DISTRICT COURT, and
DISTRICT JUDGE JULIE G. MARSHALL,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the four motions Plaintiff filed on October 30, 2012.  *See* ECF Nos. 14-17.  This case is closed.  The complaint and the action were dismissed without prejudice on February 13, 2012, as barred by the rule in *Heck v. Humphrey*, 512 U.S. 477 (1994).  ECF No. 9.  Judgment was entered on the same day. ECF No. 10.  Filings will not be considered after the dismissal of a case.  Therefore, the motions Plaintiff filed on October 30 are DENIED as moot, and will not be addressed further.

Dated:  November 2, 2012