**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03366-LTB

GARY ROBERT MILLER,

    Plaintiff,

v.

FREMONT COUNTY DISTRICT COURT, and
DISTRICT JUDGE JULIE G. MARSHALL,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the motion titled "Motion to; Refile Complaint and Consider Motions, to Proceed In Forma Pauperis, Appoint Counsel" that Plaintiff filed *pro se* on November 28, 2012.  *See* ECF No. 21.  This case is closed.  The complaint and the action were dismissed without prejudice on February 13, 2012, as barred by the rule in *Heck v. Humphrey*, 512 U.S. 477 (1994).  ECF No. 9.  Judgment was entered on the same day.  ECF No. 10.  Filings will not be considered after the dismissal of a case.  Therefore, the motion Plaintiff filed on November 28 is DENIED as moot, and will not be addressed further.

    The clerk of the Court is directed to mail a copy of this minute order, together with a copy of the minute ordered entered on November 2, 2012 (ECF No. 18), and returned to the Court on November 8, 2012, as undeliverable, to Plaintiff at his current address at the Fremont County Detention Center in Cañon City, Colorado.

Dated:  December 3, 2012