**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03366-LTB

GARY ROBERT MILLER,

    Plaintiff,

v.

FREMONT COUNTY DISTRICT COURT, and
DISTRICT JUDGE JULIE G. MARSHALL,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the motion titled "Motion to Proceed - Refile" that Plaintiff filed *pro se* on May 3, 2013. *See* ECF No. 25. Plaintiff clarifies in the notice also filed on May 3 (ECF No. 24) that he intended the motion to be filed in the instant action and in *Miller v. Biker*, No. 12-cv-03131-LTB (D. Colo. Jan. 8, 2013).

    Plaintiff previously filed a similar motion on November 28, 2012. *See* ECF No. 21. This case is closed. The complaint and the action were dismissed without prejudice on February 13, 2012, as barred by the rule in *Heck v. Humphrey*, 512 U.S. 477 (1994). ECF No. 9. Judgment was entered on the same day. ECF No. 10. Filings will not be considered after the dismissal of a case. Therefore, the motion Plaintiff filed on May 3 is DENIED as moot, and will not be addressed further. The clerk of the Court is directed to strike any future filings in this closed action.

Dated:  May 8, 2013