
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03366-LTB

GARY ROBERT MILLER,

    Plaintiff,

v.

FREMONT COUNTY DISTRICT COURT, and
DISTRICT JUDGE JULIE G. MARSHALL

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On March 31, 2014, Plaintiff filed a Letter (ECF No. 27) asking that the Court send a complete copy of "this file." If Plaintiff is asking for copies of documents in this case the Court charges $.50 per page to make photocopies. Plaintiff is responsible for maintaining copies of each document he files with the Court. Plaintiff's request is DENIED.

    Moreover, this case is closed. The complaint and action were dismissed without prejudice on February 13, 2012. (ECF No. 9). Judgement was entered on the same day. (ECF No. 10). Filings will not be considered after the dismissal of a case. The clerk of the Court is directed to strike any future filings in this closed action.

Dated:  April 1, 2014